# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MATTHEW JOSHUA N.,

    Plaintiff(s),

v.

CAROLYN COLVIN,

    Defendant(s).

Case No. 2:24-cv-02389-NJK

**Order**

[Docket No. 1]

Plaintiff requests authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis* through an application identifying household income of $6,800 per month. *See* Docket No. 1 at 2-3. The *in forma pauperis* application also identifies assets including a half-million dollar home and two cars. *See id.* at 4. Such circumstances appear to be well beyond an *in forma pauperis* scenario.[1] The Court **DEFERS** ruling on the application to proceed *in forma pauperis*. Plaintiff must file, by January 20, 2025, a written brief with robust argument explaining how the circumstances identified in this application warrant waiver of the filing fee. The brief must be supported by appropriate legal research and citation with specific application of the law to the present circumstances. *See* Fed. R. Civ. P. 11(b)(2).

IT IS SO ORDERED.

Dated: January 7, 2025

                                                              Nancy J. Koppe
                                                              United States Magistrate Judge

---

[1] The case law is well developed as to what types of scenarios qualify for *in forma pauperis* treatment and which do not. *See, e.g., Andrea L.M. v. O'Malley*, 2024 U.S. Dist. Lexis 117157, at *2 (D. Nev. July 3, 2024); *Brunson v. Soc. Sec.*, 2019 WL 6709544, at *1 (D. Nev. Oct. 31, 2019) (denying in forma pauperis status based on monthly income of $1,397), *adopted*, 2019 WL 6700193 (D. Nev. Dec. 9, 2019).

1