**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW JOSHUA N., | Case No. 2:24-cv-02389-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 1] |
| CAROLYN COLVIN, | |
| Defendant(s). | |

In light of the recent notice, Docket No. 8, the Court **DENIES** as moot Plaintiff's motion to proceed in forma pauperis, Docket No. 1. The filing fee must be paid by February 7, 2025.

The Clerk's Office is **INSTRUCTED** to file the complaint (Docket No. 1-1) on the docket.

IT IS SO ORDERED.

Dated: January 30, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1