SIGAL CHATTAH, NVSBN 8264
United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Office 7
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW JOSHUA N.,<br><br>    Plaintiff,<br><br>    v.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | Case No.: 2:24-cv-02389-NJK<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant, Leland Dudek, Acting Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 15, filed on March 20, 2025), currently due on April 21, 2025, by 14 days, through and including May 5, 2025. Defendant further requests that the deadline for Plaintiff's optional reply brief be extended to May 19, 2025.

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

This is Defendant's first request for an extension of time to file a response. Good cause exists for this extension. Counsel is currently in the process of determining whether a settlement agreement is possible in this case. Counsel has reviewed the issues raised in Plaintiff's brief and is in the process of conferring with specialized attorneys within the undersigned's office to consider this option. However, this process is taking more time than anticipated. Additional time is required for Defendant, Defendant's undersigned counsel, and these specialized attorneys to assess this issue. If the case cannot be settled, then Defendant's counsel will proceed with filing Defendant's response to Plaintiff's Brief by the new due date of May 5, 2025. Counsel for Defendant advised counsel for Plaintiff of the need for this extension on April 18, 2025. Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Brief, through and including May 5, 2025. This request is made in good faith and with no intention to unduly delay the proceedings.

Dated: April 18, 2025         Respectfully submitted,

SIGAL CHATTAH
United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 21, 2025

2