1  SIGAL CHATTAH
   United States Attorney
2  Nevada Bar No. 8264

3  DAVID PRIDDY, ILSBN 6313767
   Special Assistant United States Attorney
4  Office of the General Counsel
   Social Security Administration
5  6401 Security Boulevard
   Baltimore, Maryland 21235
6  Telephone: (510) 970-4801
   Facsimile: (415) 744-0134
7  E-Mail: David.Priddy@ssa.gov

8  Attorneys for Defendant

9

10                 UNITED STATES DISTRICT COURT

11                       DISTRICT OF NEVADA

12

13 MATTHEW JOSHUA N   .        ,      )
                                       )   Case No.: 2:24-cv-02389-NJK
14         Plaintiff,                   )
                                       )   **STIPULATION TO VOLUNTARY**
15         v.                           )   **REMAND PURSUANT TO SENTENCE**
                                       )   **FOUR OF 42 U.S.C. § 405(g) AND TO**
16 LELAND DUDEK,                        )   **ENTRY OF JUDGMENT FOR**
   Acting Commissioner of Social Security,[1]  )  **PLAINTIFF**
17                                      )
           Defendant.                   )
18                                      )
                                       )
19 _____ )

20

21         IT IS HEREBY STIPULATED by and between the parties, through their undersigned

22 attorneys, and with the approval of the Court, that this action be remanded for further administrative

23 action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

24

25 [1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025.  Pursuant
   to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for
26 Michelle King as the defendant in this suit.  No further action need be taken to continue this suit by
   reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1    On remand, the Commissioner will remand the case to an administrative law judge (ALJ) for a

2 new decision.  The ALJ will further develop the record as necessary and issue a new decision.

3    The parties further request that the Clerk of the Court be directed to enter a final judgment in

4 favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

5

6 Dated: April 29, 2025         Respectfully submitted,

7         LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

8         */s/ Marc V. Kalagian*
         MARC V. KALAGIAN

9         (*as authorized via email on April 29, 2025)
         Attorney for Plaintiff

10

11

12 Dated: April 29, 2025         Respectfully submitted,

13         SIGAL CHATTAH
         United States Attorney

14         */s/ David Priddy*
         DAVID PRIDDY

15         Special Assistant United States Attorney
         Attorneys for Defendant

16

17

18 In addition to the above, the Clerk's Office    IT IS SO ORDERED:

19 is INSTRUCTED to close this case.

20         HON. NANCY J. KOPPE
         UNITED STATES MAGISTRATE JUDGE

21

22         DATED: _April 29, 2025_____

23

24

25

26         2